# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **Florida Dapremont** | **CIVIL ACTION NO. 05-1647** |
| VS. | JUDGE MELANÇON |
| Commissioner of Social Security | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes, after an independent review of the record, that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REMANDED** for further proceedings. On remand, Dapremont shall undergo a consultative mental health evaluation with Dr. Henry Lagarde. Dr. Lagarde shall furnish a report to the Commissioner, after which the ALJ shall re-evaluate whether Dr. Lagarde's report changes his conclusion that Dapremont is not disabled. Dapremont is entitled to present additional evidence on remand and is also entitled to another administrative hearing.

THUS DONE AND SIGNED at Lafayette, Louisiana this 6th day of February, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE